

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2021

No. 04-21-00276-CV

**IN THE INTEREST OF M.C.L., A CHILD**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-00477
The Honorable Kimberly Burley, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellants' parental rights, which must be disposed of by this court within 180 days of the date the first notice of appeal is filed. Tex. R. Jud. Admin. 6.2. Appellant R.E. filed a notice of appeal on July 7, 2021 and appellant M.L. filed a notice of appeal on July 9, 2021. Thus, the 180-day deadline in which this court must dispose of this appeal is January 3, 2022.

Appellee's brief was originally due on November 1, 2021. On that same date, appellee filed a motion requesting a seven-day extension of time. Appellee's motion does not include a certificate of conference stating whether the request is opposed. *See* TEX. R. APP. P. 10.1(a)(5). Nevertheless, we GRANT the motion, and appellee's brief is due **no later than November 8, 2021**. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2021.

_____
Michael A. Cruz,
Clerk of Court